STATE OF WISCONSIN       CIRCUIT COURT        DANE* COUNTY

BRANCH 8

---

The Probst Group, LLC

                Plaintiff             Case No. 2023CV002488

v.                                                                  Hon. Frank D. Remington

Colony Insurance Company,                         Case Code: 30701

               Defendant.

---

### NOTICE TO THE CLERK OF DANE COUNTY CIRCUIT COURT, STATE OF WISCONSIN

---

**PLEASE TAKE NOTICE** that Defendant Colony Insurance Company has filed a Notice of Removal in the above-captioned matter with the United States District Court for the Western District of Wisconsin, a true and correct copy of which is attached as **Exhibit A**.

**PLEASE TAKE FURHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court effects the removal of this action, and this Court may proceed no further in this case unless and until the case is remanded.

Dated: November 2, 2023                         MEAGHER + GEER, P.L.L.P.
                                                                          (*Counsel for Defendant Colony Insurance Company*)

                                                                          *Electronically signed by Stacy A. Broman*
                                                                          Stacy A. Broman, WISB#1041686
                                                                          Charles J. L. Jaskolski, WISB#1131384

Address:
33 South Sixth Street, Ste. 4300
Minneapolis, MN  55402
Tel:   (612) 338-0661
Fax:   (612) 338-8384
Email:  sbroman@meagher.com
            cjaskolski@meagher.com

EXHIBIT B