IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE PROBST GROUP, LLC,

    Plaintiff,

v.

                                      Case No. 23-cv-765-jdp

COLONY INSURANCE COMPANY,

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Colony Insurance Company against plaintiff The Probst Group, LLC dismissing the case.

| s/ Deputy Clerk | 11/05/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |